**Order entered November 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01001-CV

## DALLAS COUNTY, Appellant

## V.

## RUTH ISAAC, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00857-C**

## ORDER

By letter filed November 17, 2022, court reporter Janet E. Wright informs the Court that no hearings were recorded in the underlying proceeding. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file its brief no later than December 8, 2022.

/s/     KEN MOLBERG
        JUSTICE